FILED
February 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002416043

Patrick B. Greenwell (C.S.B. #124014)
Michael R. Germain (C.S.B. # 133553)
THE BANKRUPTCY CENTER
945 Morning Star Drive
Sonora, CA 95370
Telephone: (209) 588-1500
Attorneys for Debtors,
Rob Norstrom & Jennifer Norstrom

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA (MODESTO DIVISION)

In re:

ROB NORSTROM &
JENNIFER NORSTROM,
      Debtors.

Case No. 2010-90053
Chapter 7

**DC No. TBC-1**

Date:  3/10/2010
Time:  10:30 a.m.
Dept:  E
Location: Modesto

**DEBTORS' MOTION TO COMPEL TRUSTEE TO ABANDON REAL PROPERTY
PER 11 U.S.C. § 554 (B)
TO BE HEARD BY THE COURT ON <u>MARCH 10, 2010 AT 10:30 A.M.</u>**

1. Debtors, Rob Norstrom and Jennifer Norstrom, own the single family residence located at 332 Queencrest Court, Oakdale, California 95361.

2. In Schedules A & D, attached as EXHIBIT A to Debtors' Declaration, Debtors list said residence indicating the real property debt exceeds the value.

3. Debtors' currently have a short sale offer pending for their residence and would like to complete that sale. The sale amount is $210,000.00, which is less than what is owed. Documents are attached as EXHIBIT B to Debtor's Declaration.

4. Thus, Debtors request that the Court order the Trustee to Abandon any interest in the real property located at 332 Queencrest Court, Oakdale, California 95361, as the property is burdensome to the estate or is inconsequential value and benefit to the estate.

              **THE BANKRUPTCY CENTER**

Date: 2/12/10       **/s/ Patrick B. Greenwell**
              **Patrick B. Greenwell, Attorney for Debtors**